

# MONTGOMERY COUNTY SHERIFF'S OFFICE
**Sheriff Sean P. Kilkenny**
Montgomery County Court House
P.O. Box 311
Norristown, PA 19404-0311
Phone: 610-278-3331  Fax: 610-278-3832  http://sheriff.montcopa.org

Attorney's or Plaintiff's Name and Address:
Law Offices of Daniel W. Isaacs, PLLC
122 Cross River Road
Mount Kisco, NY 10549
Phone: 646-438-2100

Date: 12/7/2021
Prothonotary No: 21-CV-04424-DG-RLM
Sheriff's No: 21009818

# RETURN OF SERVICE

Civil Action (Out of State):   Summons
**United States District Court for the Eastern District of New York**

**PLAINTIFF**
Aaron Ross

Vs.

**DEFENDANT**
Universal Health Services, Inc.

## SHERIFF'S RETURN

| | |
|---|---|
| SERVED FOR: | Universal Health Services, Inc. |
| SERVED: | Nick Nolfi |
| SERVICE TYPE: | Person In Charge |
| PLACE OF SERVICE: | 367 South Gulf Road * King of Prussia, PA 19406 |
| DATE OF SERVICE: | 12/7/2021 |
| TIME OF SERVICE: | 8:20 AM |
| DEPUTY: | Adam LaChapelle |

## NOTES