# United States District Court
## District of Utah

**Kimberly A. Free, PhD**  
Clerk of Court



**Anne S. Morgan**  
Chief Deputy Clerk

January 27, 2022

**Karen L. Campbell**  
Lewis Brisbois Bisgaard & Smith LLP  
77 Water Street, Suite 2100  
New York, NY 10005

Re:  Ross v. Universal Health Services, Inc. et al  
 2:22-cv-00053-RJS  
 Counsel for: Defendants

Dear Counsel:

The above referenced case has been opened in the District of Utah. You must be admitted *pro hac vice* in order to appear in this court.

To move for pro hac vice admission, you must be associated with local counsel. Local counsel must file the motion for admission pro hac vice, with the application and proposed order and pay the admission fee on your behalf. You will not be added to the case to receive notice until the order of the court has been granted and docketed.

Immediately after local counsel files the motion, you must register for electronic filing and noticing. Registration can be done online at www.pacer.gov. Detailed instructions for registering are available on the court's website.

Detailed instructions, the form motion for pro hac vice admission, application form, and a proposed order are available on the court's website, https://www.utd.uscourts.gov/attorney-admissions.

You may contact the attorney registration clerk at 801-524-6100 with any questions.

Sincerely,  
Kimberly A. Free, PhD, Clerk

By: *Nancy Lealaisalanoa*  
Deputy Clerk  
Nancy Lealaisalanoa