Tᴀᴡɴɪ J. Aɴᴅᴇʀsᴏɴ (8133)
Sʜᴇʟʟᴇʏ Dᴏɪ-Tᴀᴋᴇᴛᴀ (12498)
HALL PRANGLE & SCHOONVELD, LLC
111 East Broadway, Suite 700
Salt Lake City, Utah  84111
Telephone: (801) 320-0900
tanderson@hpslaw.com
sdoi@hpslaw.com

*Attorneys for Defendants Universal Health Services, Inc., Provo Canyon School, Justin Uale, Wendy Turnbow, and Lorna Hall*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| AARON ROSS<br><br>       Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC.; PROVO CANYON SCHOOL; JUSTIN UALE; WENDY TURNBOW; and LORNA HALL,<br><br>       Defendants. | Case No. 2:22-cv-00053<br><br><br><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for Defendants Universal Health Services, Inc., Provo Canyon School, Justin Uale, Wendy Turnbow, and Lorna Hall in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        TAWNI J. ANDERSON (8133)
        SHELLEY DOI-TAKETA (12498)
        HALL PRANGLE & SCHOONVELD, LLC
        111 East Broadway, Suite 700
        Salt Lake City, Utah 84111
        Telephone: (801) 320-0900
        Facsimile: (801) 320-0896
        tanderson@hpslaw.com
        sdoi@hpslaw.com

DATED this 1st day of February, 2022.

        HALL PRANGLE & SCHOONVELD, LLC

        /s/Tawni J. Anderson
        _____
        TAWNI J. ANDERSON
        SHELLEY DOI-TAKETA
        *Attorneys for Defendants Universal Health Services, Inc., Provo Canyon School, Justin Uale, Wendy Turnbow, and Lorna Hall*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was served via electronic mail and/or U.S. Mail, postage prepaid, on this 1st day of February, 2022 to the following:

Daniel W. Isaacs
Law offices of Daniel W. Isaaacs, PLLC
122 Cross River Road
Mount Kisco, NY 10549
Daniel.isaacs@danwisaacsesq.com

Peter J. Gleason, Esq.
Peter J. Gleason, PC
935 S. Lake Boulevard, Suite 17
Mahopac, NY 10541
pjgleason@aol.com

*Attorneys for Plaintiff*

/s/Beth Johnson
_____