# Deborah Aston

| | |
|---|---|
| **From:** | Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com> |
| **Sent:** | Wednesday, September 14, 2022 12:11 PM |
| **To:** | Deborah Aston; pjgleason@aol.com |
| **Subject:** | RE: Order in Case No. 2:22cv53-RJS-DAO |

**CAUTION - EXTERNAL:**

Good afternoon Ms. Aston,
It is received.  However, we are no longer representing Mr. Ross.

---

**From:** Deborah Aston <Deborah_Aston@utd.uscourts.gov>
**Sent:** Wednesday, September 14, 2022 2:02 PM
**To:** Daniel W Isaacs <daniel.isaacs@danwisaacsesq.com>; pjgleason@aol.com
**Subject:** Order in Case No. 2:22cv53-RJS-DAO

Good morning,

I've attached an Order issued by Judge Daphne A. Oberg in the U.S. District Court for the District of Utah in Case No. 2:22cv53-RJS-DAO. Pursuant to the language of the Order, this order is being both mailed and emailed to you.  Please acknowledge receipt when you have a moment.

Thank you.



Deborah Aston
Deputy Clerk
351 S West Temple, Suite 1.100
Salt Lake City, UT 84101
(801) 524-6100 main line
(801) 524-6618 direct line

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1