LAW OFFICES OF
# DANIEL W. ISAACS
A PROFESSIONAL LIMITED LIABILITY COMPANY
122 CROSS RIVER ROAD
MOUNT KISCO, NEW YORK 10549
TEL: (646) 438-2100
EMAIL: DANIEL.ISAACS@DANWISAACSESQ.COM

FILED
2022 OCT 5
CLERK
U.S. DISTRICT COURT

October 3, 2022

**VIA ECF**

The Honorable Daphne A. Oberg
United States Magistrate Judge
United States District Court for the District of Utah
Central Division
351 South West Temple
Salt Lake City, Utah 84101

    Re: *Ross v. Universal Health Services, et al.*
        2:22-cv-00053

## STATUS REPORT

Dear Magistrate Judge Oberg:

    In response to your Order to file a Status Report dated September 14, 2022, this is to advise that Mr. Ross is currently incarcerated at the Plymouth County Correctional Facility, located at 26 Long Pond Road Plymouth, MA 02360.

    My co-counsel has not been able to communicate yet with Mr. Ross regarding his intentions in this matter. However, neither Mr. Gleason or intend to seek to be admitted Pro Hac Vice or otherwise prosecute this matter on Mr. Ross' behalf.

    Respectfully submitted,

**LAW OFFICES OF DANIEL W. ISAACS, PLLC**

*/s/ Daniel W. Isaacs*
DANIEL W. ISAACS