UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| AARON ROSS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC., et al.,<br><br>Defendants. | **SECOND ORDER TO FILE STATUS REPORT**<br><br>Case No. 2:22-cv-00053<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

On September 14, 2022, the court ordered Plaintiff Aaron Ross to file a status report within fourteen days, noting Mr. Ross's New York counsel had not entered an appearance in this case since the case was transferred to the District of Utah on January 27, 2022.[1] Mr. Ross's New York counsel then submitted correspondence to the court stating they no longer represent Mr. Ross and do not intend to seek pro hac vice admission in the District of Utah.[2] Counsel also indicated Mr. Ross is currently incarcerated at the Plymouth County Correctional Facility located at 26 Long Pond Road, Plymouth, MA 02360.[3]

Because Mr. Ross's New York counsel are not representing him in the District of Utah, the court extends the deadline to file a status report. Mr. Ross is ORDERED to file a status

---

[1] (*See* Doc. No. 23.)

[2] (*See* Doc. Nos. 24, 25.)

[3] (*See* Doc. No. 25.)

1

report by November 18, 2022, regarding the status of the case and his intentions to proceed. The clerk's office is directed to mail this order to Mr. Ross at the address set forth above.

DATED this 18th day of October, 2022.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge