FILED
2022 OCT 28
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **From:** | Peter Gleason |
| **To:** | Jessica Lykins; Daniel.Isaacs; Peter Gleason |
| **Subject:** | Re: The Aaron Ross case (2:22-cv-00053-RJS-DAO) |
| **Date:** | Friday, October 28, 2022 2:10:12 PM |

**CAUTION - EXTERNAL:**

Dear Ms. Lykins,

I just spoke to Aaron Ross. He has been released from jail and is now residing with his Grandmother and can be reached at:

Aaron Ross
c/o Luna Poplausky
2329 East 16 Street
Brooklyn, New York 11229

The landline phone at his grandmother's house: (718) 648-4942

Aaron's email: Thundersnowjc777@gmail.com

If I can be of any assistance, please let me know.

Regards,

Peter J. Gleason, Esq.