# Beth Johnson

| | |
|---|---|
| **From:** | Aaron Ross <aaron87ross@gmail.com> |
| **Sent:** | Thursday, April 7, 2022 4:23 PM |
| **To:** | Tawni Anderson; Shelley Doi-Taketa; Tucker Levis; Justin Pendleton; Jennifer Ries-Buntain; Eric Schoonveld; Michele C. Anderson; Marilee Clausing; Tom Comstock; Laura J. Ginett; David Hall; Amy Kane; Ben Patterson; Mike Prangle; Michael Tarpey; Casey Tyler; Ken Webster; Ann Ford; Molly E. Pankauskas; Jacob Goldstein; Hugh Griffin; Richard D. De Jong; Katherine L. Dzik; Mike Koptik; Sabina Babel; Bret Jessee; Aaron P. Ryan; Matthew Ennis; John Travis; Mari Schaan; Michael Shannon; Dave Adams; Ana Cazacu; Sapna G. Lalmalani; Krista Luzio; Matt McElligott; Zachary Thompson; Jonquil Whitehead; Tyson Dobbs; Elizabeth M. Neidig; Sarah Frazer; Matthew J. Kaminski |
| **Subject:** | Provo Canyon School |

**[External Email]** CAUTION!.

Dear Tawni Anderson.

When I was a 13 year old boy, I was locked in solitary confinement, verbally abused, heavily drugged, physically beaten, and sexually assaulted while trapped inside a notorious lock-up facility called Provo Canyon School.

This child trafficking and abuse is ongoing.

You defend the wicked staff who horribly abused me decades ago.

Even as they continue their horrible crimes against children today.

Exactly who is paying you??

You are aware you are fighting Satan's War.

And these are the Last Days.

I should not have to remind you what is about to happen to you and your colleagues.

But I strongly suggest you read the Bible.

You are fucked.

Aaron Ross
347-267-3459