IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AARON ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC., et al.,<br><br>    Defendants. | **ORDER TO SHOW CAUSE**<br><br>2:22-cv-00053-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Under DUCivR 41-2, the court orders Plaintiff Aaron Ross to show cause why this case should not be dismissed for failure to prosecute.

Ross filed his Complaint on August 6, 2021, in the United States District Court for the Eastern District of New York.[1] The case was transferred to this district on January 27, 2022.[2] On September 12, 2022, the case was referred to Judge Oberg, allowing her "to hear and determine" nondispositive pretrial matters.[3]

Judge Oberg issued an Order to File Status Report on September 14, 2022.[4] Ross's counsel informed the court they no longer represented Ross and did not intend to seek pro hac vice admission.[5] Ross's former counsel also provided an address for Ross.[6]

---

[1] *Complaint* (Dkt. 1).

[2] *Transfer Order* (Dkt. 16).

[3] 28 U.S.C. § 636(b)(1)(A); *Order Referring Case* (Dkt. 22).

[4] *Order to File Status Report* (Dkt. 23).

[5] *Correspondence* (Dkt. 24, 25).

[6] Dkt. 25.

On October 18, 2022, Judge Oberg issued a Second Order to File Status Report (Second Order).[7] The Second Order directed Ross to file a status report within 14 days.[8] It also directed the clerk's office to send the Second Order to Ross's address.[9]

Ross's former counsel then informed the court Ross had a new address.[10] On October 31, 2022, the court resent the Second Order to the new address.[11]

Ross has not filed a status report. On February 3, 2023, the Defendants filed a Motion to Dismiss for Lack of Prosecution.[12] Ross has not yet responded to the Motion.

Accordingly, the court ORDERS Ross to show cause with a filing on the docket by February 21, 2023, at 5:00 p.m. why this action should not be dismissed for failure to prosecute and informing the court of his intentions to proceed. If cause is not shown by that date, the court will dismiss the action without prejudice and close the case.

SO ORDERED this 7th day of February 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[7] *Second Order to File Status Report* (Dkt. 26).

[8] *Id.* at 1.

[9] *Id.* at 2.

[10] *Notice of Change of Address* (Dkt. 27).

[11] *Id.*

[12] *Motion to Dismiss for Lack of Prosecution and Memorandum in Support* (Dkt. 28); *see also Amended Motion to Dismiss for Lack of Prosecution and Memorandum in Support* (Dkt. 29).